Kevin B. Ballard, 1:06CR0290
801 W. Superior Ave.
Cleveland, OH 44113
ATT: Clerk of Courts: Judge Goughan

FILED
2020 AUG 24 PM 4:31
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

GRANTED without objection from the Probation Officer or Assistant United States Attorney.
/s/ Patricia A. Gaughan
9/11/20

On May 21, 2015, I was released from prison after a ten - year sentence to begin a ten - year term of supervised release (probation). During that time, I have fully reintegrated into society and am currently seen as a valued worker, family member and citizen. Once on supervision I have complied with all of the terms of my probation without incident. I have not been involved with any criminal offense and I have passed all of my drug test for controlled substances. And I do not have any psychiatric issues. My probation officer Daniel Colbert has assisted me with obtaining gainful employment, and now I am being considered for advancement in the company.

Since being paroled in 2015, I was able to obtain my first job ever with the assistance of my probation officer. I was able to properly fill out and execute the application at Butcher's and Brewers restaurant, working as a dishwasher. Once that assignment ended, I was able to stay gainfully employed through a series of restaurant, retail and factory jobs until I was able to land a stable job at The Coca Cola Company. Since being Employed, I have not missed one workday and was selected employee of the month in April 2020. Also, I am being promoted to truck driver since I obtain my CDL's August 1, 2020.

My family and I are now reacquainted. I have a sickly grandmother that I get her medication and assist sometimes when not working ( ie, going to the store). My mom is not in good health and she depends on me to assist her with the outside housework. My daughter is a medical biller for Cleveland Clinic and I have two wonderful granddaughters that I enjoy spending time with (just purchased hubberboard for granddaughter). I also have a valued extended family and girlfriend that I like to spend time with as well. My experience in the system has changed me profoundly, keeping me on a stable path in life. Due to the factors stated above, I respectfully request my early termination from federal probation.

Sincerely,

Kevin B. Ballard
5728 E. 141 St.
Maple Heights, OH 44137
216-258-2546